FORM FOR USE IN APPLICATIONS
FOR HABEAS CORPUS UNDER 28 U.S.C. § 2254

2:05CV553-F

RECEIVED
2005 JUN 10 A 9:38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Name: Timothy W. Thomas

Prison Number: 153473-X

Place of Confinement: W.E. Donaldson Corr. Facility

United States District Court **Middle** District of **Montgomery, Ala.**

Case No. _____
(To be supplied by Clerk of U. S. District Court)

_____Timothy Wayne Thomas_____, PETITIONER
(Full Name)   (Include name under which you were convicted)

_____Warden McDonald_____, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF _____

_____, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgement which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

SCANNED

N955

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, <u>the original and two copies * must be mailed to the Clerk of the United States District Court whose address is:</u>

P.O. Box 711
Montgomery, Alabama 36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

**\*If you are proceeding <u>in forma pauperis</u>, only the original petition needs to be filed with the Court.**

PETITION

1. Name and location of court which entered the judgment of conviction under attack _Circuit Court of Tuscaloosa County, Tuscaloosa Ala. 35401_

2. Date of judgment of conviction _2-25-99_

3. Length of sentence _Life Without Parole_ Sentencing Judge _Hon. L. Scott Coogler_

4. Nature of offense or offenses for which you were convicted: _____
   _Robbery First Degree_

5. What was your plea? (check one)
   (a) Not guilty (✓)
   (b) Guilty ( )
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____

6. Kind of trial:    (Check one)
   (a) Jury (✓)
   (b) Judge only ( )

7. Did you testify at the trial? Yes ( )    No (✓)

8. Did you appeal from the judgment of conviction?    Yes (✓)    No ( )

9. If you did appeal, answer the following:
   (a) Name of court _Court of Criminal Appeals_
   (b) Result _Affirmed by Memorandum_
   (c) Date of result _12-17-99_
   If you filed a second appeal or filed a petition for certeorari in the Supreme Court, give details: _The petitioner's direct Appeal was affirmed due to his argument not being presented to the trial court by timely objection, or in a motion for new trial, and for that same reason, His Application for Rehearing was denied on 1-14-00, as Petition for Certiorari was denied and the Certificate of Judgment entered on 5-26-00._

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?    Yes (✓)    No ( )

11. If your answer to 10 was "yes", give the following information:
    (a) (1) Name of court _Tuscaloosa County Circuit Court_
        (2) Nature of proceeding _Rule 32 petition_
        (3) Grounds raised _Ten issues containing Arguments of trial court's errors/ Abuse of discretion, Prosecutorial Misconduct and Ineffective Assistance of Defense/Trial Counsels and Appellate Counsel_

        (4) Did you receive an evidentiary hearing on your petition, application or motion?    Yes ( )    No (✓)
        (5) Result _Dismissed as Procedurally barred by Rule 32.2(c) Ala.R.Cr.P._
        (6) Date of result _6-21-02_

(b) As to any second petition, application or motion give the same information:
   (1) Name of court _The Court of Criminal Appeals_
   (2) Nature of proceeding _Appeal from Dismissal of Rule 32 petition_

   (3) Grounds raised _The same ten issues of Rule 32 petition, regarding Trial Courts Errors/Abuse of Discretion, Prosecutorial Misconduct and Ineffective Assistance of Defense/trial Counsels, Plus Argument proving that the Petitioner's Rule 32 petition was filed in/on time and that he shouldn't be procedurally Barred_

   (4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes (✓)   No ( )
   (5) Result _The dismissal reversed and remanded and thereafter, the Rule 32 petition was denied/Affirmed_
   (6) Date of result _Reversed and remanded on 11-22-02, Petition denied May 14, 2003_
(c) As to any third petition, application or motion, give the same information:
   (1) Name of Court _The Court of Criminal Appeals_
   (2) Nature of proceeding _Appeal from denial      of Rule 32 petition_

   (3) Grounds raised _Nine issues containing arguments of Trial Courts errors/Abuse of discretion, prosecutorial Misconduct and Ineffective Assistance of defense/trial counsel and Appellate Counsel_

   (4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes ( )   No (✓)
   (5) Result _Affirmed_
   (6) Date of result _3-19-2004_
(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
   (1) First petition, etc.            Yes (✓)   No ( )
   (2) Second petition, etc.           Yes (✓)   No ( )
   (3) Third petition, etc.            Yes ( )   No ( )
(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: ____

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully.  Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief.  If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them.  However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose.  Do not check any of the grounds listed below.  The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

    (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
    (b) Conviction obtained by use of coerced confession.
    (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
    (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
    (e) Conviction obtained by a violation of the privilege against self-incrimination.
    (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
    (g) Conviction obtained by a violation of the protection against double jeopardy.
    (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
    (i) Denial of effective assistance of counsel.
    (j) Denial of right of appeal.

A. Ground one: *Conviction obtained by a violation of the privilege against self-incrimination.*

Supporting FACTS (tell your story briefly without citing cases or law):
During voir dire of the trial, the DA told the venire panel that the Petitioner's defense of this cause/case was that he (the Petitioner) wasn't present at the robbery of this case, or if he was present at the robbery he didn't have a gun, (R.38-R.40). The statement was given before the charge conference, and the: OR IF HE WAS PRESENT AT THE ROBBERY HE DIDN'T HAVE A GUN, was a false statement that the DA knew was false, in that the Petitioner never said or insinuated those words to the DA. Without objection by trial Counsel, the venire panel (those chosen as the Jury) went through the trial believing that the petitioner admitted to being guilty of robbing the victim, though not guilty of 1st degree robbery against her. The same statement was made by the DA during closing argument, and though trial Counsel objected that time, (R.106-107), because she had requested a Jury charge on Robbery III, "without letting the petitioner know the requested charge would permit the DA to make such closing argument," the trial court Judge ruled that the DA could make the incriminating statement. (R.23, 96-100).

B. Ground two: *The Petitioner was denied effective assistance of Counsel by two defense/trial Counsels as well as by Appellate Counsel*

Supporting FACTS (tell your story briefly without citing cases or law):
The facts are too many to fit in this space, however, as the Petitioner briefly reveals the most detrimental ineffectiveness of his Counsels, he respectfully ask this Honorable Court to view the enclosed petition/brief to receive complete facts regarding their representation of him. The detrimental ineffectiveness consist of the fact that both of his defense/trial counsels during the Pre-trial stage of the prosecutions, failed to interview or/and subpoena either of his alibi witnesses for this case, (R.63-65, R.149-155) as well as investigate/subpoena evidence and information made known to them in support of his defense (R.67-69, R.157-160). Moreover, Trial Counsel MRS. Beckmans defense strategy and omission directly lead to the life w/thout parole sentence the petitioner is serving, in that when you take away her request for the Jury charge on Robbery III and add an objection to the state eliciting through leading questions testimony regarding the presence of a gun during the robbery, which outside of the leading questions would not have been offered during the trial, the Jury couldn't have found him guilty of first degree robbery and the verdict could have only been not guilty, in accord with the true defense.

C. Ground three: *The Petitioner was denied his Right of Appeal*

Supporting FACTS (tell your story briefly without citing cases or law):
Due to the Petitioner's direct appellate Counsel MR. Byron House failing to present his argument to the trial Court by timely objection, or in a motion for new trial to preserve the argument for appellate review, the Appellate Courts wouldn't and didn't answer/entertain his argument on direct appeal; as for that same reason the Petitioner is at this time procedurally barred from presenting, raising, and arguing his issues on appeal regarding the trial Court's error of admitting a video tape of the robbery of this case, into evidence of the trial before and without the state first proving proper chain of custody without break, and regarding the state's failure to prove the proper chain of custody of the video tape without break. (See: Court of Criminal Appeals Memorandum Ruling CR-98-0885 on 12-17-99) and (Court of Criminal Appeals Memorandum Ruling CR-01-2205 on 3-19-04).

D. Ground four: _____

Supporting FACTS (tell your story briefly without citing cases or law): _____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: Grounds one and Three were not presented under the titles as recorded above, although such grounds are included as part of different issues in this attached brief/petition, as the Petitioner has included grounds one and three above as parts of his issues arguments in all of his previously filed briefs, petitions and motions in each State court. Which the Grounds were not presented as titled/captioned in this Application above because the petitioner didn't think or have knowledge of his being able to do so.

14. Do you have any petition or appeal now pending in any court, wither state or federal, as to the judgment under attack?    Yes ( )   No (✓)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
   (a) At preliminary hearing   MR. John F. Brasfield   1955 22nd St. Northport Ala. 35476
   (b) At arraignment and plea   MR. John F. Brasfield   1955 22nd St. North Port Ala. 35476
   (c) At trial   MRS. Cynthia Buckman   2417 12th St. Tuscaloosa, Ala. 35401
   (d) At sentencing   MRS. Cynthia Buckman   2417 12th St. Tuscaloosa, Ala. 35401
   (e) On appeal   MR. Byron House   1409 Univ. Blvd. Tuscaloosa, Ala. 35401

(f) In any post-conviction proceeding _The Petitioner — Pro-se._

(g) On appeal from any adverse ruling in a post-conviction proceeding: _The Petitioner — Pro-se._

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ( )  No (✓)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( )  No (✓)

   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

   (b) And give date and length of sentence to be served in the future: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ( )  No ( )

   Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_None — Pro-se Petitioner_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on ___6-7-05___.
(date)

_Timothy W. Thomas_
Signature of Petitioner