2:05CV553-F

BRIEF OF PETITIONER

IN SUPPORT OF

PETITION FOR WRIT

OF HABEAS CORPUS

CONSISTS OF 111

HANDWRITTEN

PAGES AND IS NOT

SCANNED

AVAILABLE FOR VIEWING IN THE CLERK'S OFFICE