**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clerk, U.S. District Court
   Northern District of Alabama
   140 U.S. Courthouse
   1729 5th Avenue, North
   Birmingham, AL 35203

   05cv553

2. Article Number
   (Transfer from service label)    7005 1160 0001 3017 2723

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature: Terry Handly]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 7/28/05

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes